# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MERRITT, : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-2784 |
| : | |
| JUDGE KELLY L. BANACH, *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 15th day of July, 2019, upon consideration of Plaintiff Robert Merritt's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion to Keep Case in Philly (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Motion to Keep Case in Philly is **DENIED as moot.**

5. The Clerk of Court is **DIRECTED** to close this case.

               **BY THE COURT:**

               /s/ Jeffrey L. Schmehl
               **JEFFREY L. SCHMEHL, J.**